LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   Marcy C. Priedeman (Bar No. 258505)
*peter.wald@lw.com*
*marcy.priedeman@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California
Telephone: (415) 391-0600
Facsimile: (415) 395-8095


   Patrick E. Gibbs (Bar No. 183174)
*patrick.gibbs@lw.com*
140 Scott Drive
Menlo Park, California 94025-1008
Telephone: (650) 328-4600
Facsimile: (650) 463-2600


Attorneys for Defendants
IMPAX LABORATORIES, INC., LARRY HSU,
ARTHUR A. KOCH and BRYAN M. REASONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAVERHILL RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMPAX LABORATORIES, INC., LARRY HSU, ARTHUR A. KOCH and BRYAN M. REASONS<br><br>Defendants. | Case No.: 13-cv-1566-EMC<br><br>**STIPULATION AND [PROP~~O~~SED] SCHEDULING AND RES~~C~~HEDULING INITIAL CASE MANAGEMENT CONFERENCE ORDER**<br><br>Class Action |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] SCHEDULING AND
RESCHEDULING INITIAL CASE MANAGEMENT CONF. ORDER
CASE NUMBER: 13-cv-1566-EMC

Plaintiff Haverhill Retirement Center, individually and on behalf of all others similarly situated, by and through his respective counsel ("Plaintiff"), and defendants Impax Laboratories, Inc., Larry Hsu, Arthur A. Koch, and Bryan M. Reasons, by and through their respective counsel, (collectively, "Defendants"), hereby stipulate to the following:

WHEREAS, on April 8, 2013, Plaintiff filed a complaint captioned *Haverhill Retirement System v. Impax Laboratories, Inc. et al.*, No. 13-cv-1566, a purported class action under the Private Securities Litigation Reform Act of 1995 (the "PSLRA") alleging securities fraud, which was assigned to Judge Charles R. Breyer;

WHEREAS, pursuant to the April 8, 2013 Case Management Conference Order (Dkt. #8), the Initial Case Management Conference is scheduled for July 12, 2013;

WHEREAS, pursuant to the April 19, 2013 Related Case Order, the *Haverhill Retirement System v. Impax Laboratories, Inc. et. al.*, No. 13-cv-1566, was reassigned to Judge Edward M. Chen;

WHEREAS, the Complaint asserts claims under the federal securities laws that are subject to the procedural requirements of the PSLRA, including those set forth in 15 U.S.C. § 78u-4;

WHEREAS, Defendants presently intend to file a motion to dismiss, which would trigger a stay of discovery under the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, under the PSLRA, the Court may come to consider consolidation of the complaint already filed, along with any further complaints that may be filed arising out of the same set of facts and circumstances as the existing complaint;

WHEREAS, motions for appointment of lead plaintiff and lead counsel pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3) will be filed with the Court;

WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by the parties to this action and the Court prior to filing of the motion(s) for appointment of Lead Plaintiff, the parties to this action have agreed, in the interim prior to the appointment of Lead Plaintiff and subject to the Court's approval, to the continuance of the Initial Case Management Conference and an extension of time for Defendants to respond to the Complaint or any

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] SCHEDULING AND
RESCHEDULING INITIAL CASE MANAGEMENT CONF. ORDER
CASE NUMBER: 13-cv-1566-EMC

superseding Complaint; and

WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties to this action, including, but not limited to, the right to revisit the timing of the below-referenced pleadings and motions once Lead Counsel has been designated by the Court.

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. Defendants shall have no obligation to respond to the Complaint filed in the above-captioned action;

2. Lead Plaintiff(s) shall have sixty (60) days after entry of an order appointing Lead Plaintiff(s) to file and serve a consolidated or amended complaint ("Consolidated or Amended Complaint") or to notify Defendants that they shall be proceeding on the original Complaint;

3. Defendants shall file and serve any answer or other response within sixty (60) days of service of the Consolidated or Amended Complaint or after notification by the Lead Plaintiff(s) that they shall be proceeding on the original Complaint;

4. Lead Plaintiff(s) shall file and serve any opposition to Defendants' motion to dismiss within forty-five (45) days of service of the motion to dismiss;

5. Defendants shall file and serve a reply brief in support of the motion to dismiss within thirty (30) days of service of any opposition brief;

6. Oral argument on Defendants' motion to dismiss will be held at such date and time as the parties shall agree upon prior to filing the motion to dismiss, or on such other date and time as the Court shall order;

7. Defendants agree to waive service of process to the extent that service has not been effected on all Defendants. This stipulation shall not be deemed to waive any defense other than as to the sufficiency of service of process;

8. The parties agree that discovery in the above-captioned action shall be stayed pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] SCHEDULING AND
RESCHEDULING INITIAL CASE MANAGEMENT CONF. ORDER
CASE NUMBER: 13-cv-1566-EMC

4(b)(3)(B), until the Court issues an order resolving Defendants' motion to dismiss. This does not preclude Lead Plaintiff from issuing requests that the Defendants undertake efforts to preserve relevant documents; and

9. The Initial Case Management Conference, currently scheduled for July 12, 2013, is hereby adjourned to: (a) thirty (30) days after Defendants file an answer; (b) sixty (60) days after (i) the Court rules on Defendants' motion to dismiss and (ii) Lead Plaintiff(s) inform the Court that they will not further amend their Complaint; or (c) to such other date and time as this Court shall order. Until the date of such Case Management Conference, the stay of discovery shall stay in place, subject to the parties' right to seek to lift the stay pursuant to 15 U.S.C. § 78u-4(b)(3)(B).

DATED: April 19, 2013

**LABATON SUCHAROW LLP**

By: ___/s/ Michael W. Stocker_____
     Michael W. Stocker

Christopher J. Keller (*pro hac vice pending*)
Michael W. Stocker (Bar No. 179083)
Rachel A. Avan (*pro hac vice pending*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
mstocker@labaton.com
ravan@labaton.com

and

**BERMAN DEVALERIO LLP**
Christopher T. Heffelfinger (Bar No. 118058)
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**LATHAM & WATKINS LLP**

By: ___/s/ Peter A. Wald_____
     Peter A. Wald

Peter A. Wald (Bar No. 85705)
Marcy C. Priedeman (Bar No. 258505)
505 Montgomery St., Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
peter.wald@lw.com
marcy.priedeman@lw.com

and

Patrick E. Gibbs (Bar No. 183174)
140 Scott Drive
Menlo Park, California 94025-1008
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
patrick.gibbs@lw.com

*Counsel for Defendants Impax Laboratories,*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] SCHEDULING AND
RESCHEDULING INITIAL CASE MANAGEMENT CONF. ORDER
CASE NUMBER: 13-cv-1566-EMC

| | |
|---|---|
| 1  cheffelfinger@bermandevalerio.com | *Inc., Larry Hsu, Arthur A. Koch, and Bryan M. Reasons* |
| 2  *Counsel for Plaintiff Haverhill Retirement System* | |

| | | |
|---|---|---|
| 1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** | The case management conference is reset for 11/7/13 at 9:00 a.m. A joint cmc statement shall be filed by 10/31/13. |
| 2 | | |
| 3 | DATED: 4/25/13 | |

Hon. Edward M. Chen
District Court Judge

IT IS SO ORDERED
Judge Edward M. Chen

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5  STIPULATION AND [PROPOSED] SCHEDULING AND
RESCHEDULING INITIAL CASE MANAGEMENT CONF. ORDER
CASE NUMBER: 13-cv-1566-EMC

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Scheduling and Rescheduling Initial Case Management Conference Order. Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Peter A. Wald, attest that concurrence in the filing of this document has been obtained.

DATED: APRIL 19, 2013        __/s/ Peter A. Wald_____
                              Peter A. Wald (Bar No. 85705)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIPULATION AND [PROPOSED] SCHEDULING AND
RESCHEDULING INITIAL CASE MANAGEMENT CONF. ORDER
CASE NUMBER: 13-cv-1566-EMC